**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID JAMES RADFORD, an individual,<br><br>Plaintiff(s),<br><br>vs.<br><br>TTI OUTDOOR POWER EQUIPMENT, INC. d/b/a RYOBI, a South Carolina Corporation<br><br>Defendant(s). | Case # 2:26-cv-01961<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>FILING FEE IS $250.00 |

Adam John Kress (name of petitioner), Petitioner, respectfully represents to the Court:

1. That Petitioner is an attorney at law and a member of the law firm of

Johnson // Becker, PLLC
(firm name)

with offices at 4444 Cedar Street, Site 1800 (street address),

Saint Paul (city), Minnesota (state), 55101 (zip code),

(612) 436-1908 (area code + telephone number), akress@johnsonbecker.com (Email address).

2. That Petitioner has been retained personally or as a member of the law firm by David James Radford [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

3. That since October 19, 2015 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Minnesota (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Please see the attached addendum. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

American Association for Justice
Minnesota Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| April 5, 2024 | 2:24-cv-00583-APG | District of Nevada | Granted |
| April 5, 2024 | 2:24-00585-CDS | District of Nevada | Granted |
| March 20, 2026 | 2:26-cv-00742-GMN | District of Nevada | Granted |
| | | | Denied |
| | | | Denied |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

[signature]
Petitioner's signature

STATE OF Minnesota )
)
COUNTY OF Ramsey )

Adam John Kress, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

[signature]
Petitioner's signature

Subscribed and sworn to before me this

1st day of July, 2026

KELLIE PAYNE NORDENG
Notary Public
Minnesota
My Commission Expires JANUARY 31, 2029

[signature]
Notary Public or Clerk of Court

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Lindsay N. Roginski (name of local counsel), Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

2250 Corporate Circle, Suite 390 89074, (street address)

Henderson (city), Nevada (state), 89074 (zip code),

(702) 434-8282 (area code + telephone number), lindsay@CMTAlaw.com (Email address).

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) Lindsay N. Roginski as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

DAVID J RADFORD (Jul 1, 2026 09:29:07 PDT)
(party's signature)

David James Radford
(type or print party name, title)

_______________
(party's signature)

_______________
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Lindsay Roginski
Designated Resident Nevada Counsel's signature

16616 Lindsay@cmtalaw.com
Bar number Email address

APPROVED:

Dated: this 17 day of July, 2026.

_______________
UNITED STATES DISTRICT JUDGE

# VERIFIED STATEMENT OF ADAM J. KRESS RE: ADMISSIONS

I, Adam J. Kress, am admitted to practice in the following Jurisdictions:

- Minnesota, October 19, 2015
- U.S. District of Minnesota, January 7, 2016
- U.S. District of Colorado, October 15, 2018
- U.S. District of the Western District of Michigan, August 31, 2021
- U.S. District of the Western District of Pennsylvania, July 8, 2021
- U.S. District of New Mexico, October 2, 2018
- U.S. District of the Western District of Wisconsin, November 10, 2021
- U.S. District of the Eastern District of Wisconsin, May 6, 2024
- U.S. District of the Western District of Arkansas, June 6, 2026
- U.S. Court of Appeals, Seventh Circuit, April 3, 2025
- U.S. Court of Appeals, Fifth Circuit, July 25, 2025
- U.S. Court of Appeals, Third Circuit, November 25, 2025

Dated: July 1, 2026

By:

Adam J. Kress, Esq.
**JOHNSON BECKER, PLLC**
444 Cedar Street, Suite 1800
Saint Paul, MN 55101
akress@johnsonbecker.com
(612) 436-1908/(612) 436-1801 (fax)

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing

ADAM JOHN KRESS

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 19, 2015

Given under my hand and seal of this court on

June 12, 2026



Emily J. Eschweiler, Director
Office of Lawyer Registration